## EXHIBIT B

**UNITED STATES PATENT NO. 7,349,668**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US7349668 | Giant Eagle mobile application (The accused instrumentality) |
|---|---|
| [1.1] A method for information distribution comprising | Giant Eagle, Inc. ("Defendant") performs and induces others to perform a method for information distribution.<br><br>For example, the Defendant provides e-commerce mobile applications (such as "Giant Eagle" and "GetGo" for iOS and Android) for selling products including but not limited to grocery and pharmacy products. The Giant Eagle mobile application (used herein as an exemplary instrumentality) provides and distributes eCoupons to its registered customers via the mobile application. |



Source: https://apps.apple.com/us/app/giant-eagle/id1465897036?platform=iphone (last accessed on March 25, 2022).



Source: https://play.google.com/store/apps/details?id=com.gianteagle.apps.grocery&hl=en_IN&gl=US (last accessed on March 25, 2022).



Source: "Homepage" in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022).

| [1.2] electronically inserting digital information | Defendant performs the step of electronically inserting digital information encoded as a noticeable indicator into a broadcast signal containing a related content, said inserting comprising providing a coupon and converting said coupon into digital information. |
|---|---|

| encoded as a noticeable indicator into a broadcast signal containing a related content, said inserting comprising providing a coupon and converting said coupon into digital information; | For example, when a user creates an account or logs in to the existing Giant Eagle account utilizing Giant Eagle mobile application, the user receives notifications comprising coupons within the mobile application. The coupons include offer details including at least an image ("digital information encoded as a noticeable indicator") such that when the coupon is received by the user, the digital information along with the image is displayed in a notification to the user. The Coupons include offer details that are encoded in the coupon such that when the coupon is received via mobile application, it appears in the available coupons section in the application. Since, the coupons are delivered to the Giant Eagle's customers in the mobile application via internet, the coupons are said to be broadcasted to the Giant Eagle customers. |

Download the app now to access all these great benefits and more:

- View and reorder products from your order history.
- Add items to your cart by scanning barcodes with your phone's camera.
- Browse products by category or brand.
- Explore product details and nutritional information.
- Apply fuelperks+ loyalty program rewards.
- Easily schedule curbside pickup or delivery from your local store.
- Use the shopping list to plan your online or in-store purchases.
- Clip digital coupons for great savings.
- Easily build your grocery shopping list.

  

Source: https://www.gianteagle.com/about-us/mobile-apps (last accessed on March 25, 2022).

# How Your New Wallet Works

An easier way to keep track of your gift cards, clipped eCoupons, plus access your Advantage Card!



## Get Started

Make sure you've updated the app to the latest version, then open the wallet by tapping the wallet button on the home screen.

Source: https://www.gianteagle.com/about-us/mobile-apps/wallet (last accessed on March 25, 2022).



Source: "Coupons" section in Giant Eagle app as seen by a typical user (last accessed on March 25, 2022).



Source: "Coupons" section in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022) (annotated).



Source: Offer details of a Coupon in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022) (annotated).

| | |
|---|---|
| [1.3] prompting a user, via said noticeable indicator, to capture said digital information from said noticeable indicator within said broadcast signal; | Defendant performs the step of prompting a user, via said noticeable indicator, to capture said digital information from said noticeable indicator within said broadcast signal.<br><br>For example, the user is prompted with "Clip Coupon" button in the eCoupon via the Giant Eagle mobile application. The eCoupon is obtained by clipping ("capture digital information") the available eCoupons and the eCoupon is associated with the Giant Eagle Advantage Card. |



Source: "Coupons" section in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022) (annotated).



Source: Clipped Coupons in "Coupons" section in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022).

**Giant Eagle, GetGo Café + Market & Market District Apps for iPhone & Android**  ×

### What can I do with the Giant Eagle and Market District apps?

Our apps are designed to save you time and money at home and on the go. See what's on sale in our weekly ad on your mobile phone or computer. Simply choose your local store and browse sale items from our weekly ad.

You can also view and add eCoupons (digital coupons) to your Giant Eagle Advantage Card® and use the Perks tab to track your fuelperks and when they are due to expire.

You can also use the Giant Eagle app to estimate future savings with the Perks Calculator, scan the digital version of your Giant Eagle Advantage Card, shop our Gift Card Gallery and more.

### What can I do with the GetGo Café + Market app?

When you download the GetGo Café + Market app, you'll get all kinds of good stuff, right at your fingertips — like our exclusive mobile coupons, good for helping you save on delicious made-to-order food and drinks from our cafe, tasty snacks from our market and more!

Get app-only deals, access fuel prices and find your nearest GetGo location with our store locator. You can easily create and manage your GetGo account and access it whether you're at home or on the go!

### How can I download the Giant Eagle, Market District and GetGo Café + Market apps for iPhone and Android?

Our apps can be downloaded for FREE directly from the iPhone App Store for iPhone or from Google Play for Android.

Source: https://account.gianteagle.com/faqs (last accessed on March 25, 2022).



## Digital Offers

### eCoupons

#### What are eCoupons?

With eCoupons, you'll save at the register on your favorite products. Simply clip the eCoupons and they load directly to your Giant Eagle Advantage Card® so you don't need to cut out any paper coupons. eCoupons work as digital coupons, allowing you to save on purchases at checkout.

**Capturing digital information**

#### Where can I use eCoupons?

eCoupons are accepted at Giant Eagle, Market District®, GetGo®, Giant Eagle Express® and Curbside Express. When you purchase the qualifying products and when your purchase meets the redemption requirements of an eOffer, the savings are automatically applied to your order and are noted on your receipt for each qualifying item, or as a total amount saved.

*Note: eCoupons are valid at locations that carry qualifying products. All eCoupons are not available at all locations. eCoupons are not available for out-of-stock or online special orders. eCoupons must be loaded to the Giant Eagle Advantage Card at time of purchase to redeem. Each eOffer is only able to be redeemed once and are not subject to doubling.*

#### How do I clip and unclip eCoupons?

To clip an eCoupon, simply click on the "Clip" button below it. The eCoupon will save automatically to your Giant Eagle Advantage Card. To unclip an eCoupon, just open the "Clipped Coupons" tab, find the eCoupon you would like to remove and click "unclip" and it will automatically be removed from your Giant Eagle Advantage Card.

Source: https://account.gianteagle.com/faqs (last accessed on March 25, 2022) (annotated).

<table>
<tr><td></td><td>

**Advantage Card** ✕

### *What are the benefits of having a Giant Eagle Advantage Card?*

With the Giant Eagle Advantage Card you can:

- Earn perks! Just scan your card at the register and earn perks with every purchase you make.*

- Redeem your perks for savings on gas, groceries or free food and drinks at GetGo. You choose how you want to save!

- Sign up to get emails and we'll send you exclusive deals, weekly sales and more!

- Load special offers and eCoupons from the Giant Eagle app or website right to your Advantage Card for even more saving when you check out.

- Save on events, family fun, museums and more with our community savings rewards.

- Link your Advantage Card to your checking account to pay and save on fuel at GetGo with Advantage Pay!

Source: https://account.gianteagle.com/faqs (last accessed on March 25, 2022).

</td></tr>
<tr><td>

[1.4] transforming said captured digital information from said noticeable

</td><td>

Defendant performs the step of transforming said captured digital information from said noticeable indicator into a format recognizable to a mobile communication device, thereby to produce transformed information.

For example, when the user "clips" the coupon, the coupon is added to the user's account in the Giant Eagle mobile application. Once added to the account, the coupon is redeemable by scanning the 'Advantage card's barcode' at the Giant Eagle store. The 'Advantage card's barcode' is unique to each user account and gets associated with the coupons added to the user's account. Since the coupons are redeemable only after associating with the barcode, it is apparent that the captured digital

</td></tr>
</table>

| | |
|---|---|
| indicator into a format recognizable to a mobile communication device, thereby to produce transformed information; and | information is 'transformed' into a format recognizable by the mobile device associated with the user account. The mobile device does not recognize the coupon to be redeemable unless it is added ("captured") to the user's account. Therefore, at least a portion of digital information in the coupon is 'transformed' to be recognized in the user's account by the mobile device.<br><br><br><br>Source: https://www.gianteagle.com/about-us/mobile-apps/wallet (last accessed on March 25, 2022) (annotated). |



Source: "My Advantage Card" in the Profile section of Giant Eagle app as seen by a typical user (last accessed on March 25, 2022).



Source:  Barcode associated with Advantage Card in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022) (annotated).



| | |
|---|---|
| [1.5] storing said transformed information on said mobile communication device for | Defendant performs the step of storing said transformed information on said mobile communication device for display of the digital information.<br><br>For example, the barcode is stored in the mobile device's memory, at least temporarily, for the barcode to be displayed in the Giant Eagle mobile application. For a person having ordinary skills in the art, it is obvious that the content in the mobile application is first stored in the memory and then displayed on the display screen. |

| display of the digital information |  |



Source:  https://www.gianteagle.com/about-us/mobile-apps/wallet(last accessed on March 25, 2022) (annotated).



Source: "My Advantage Card" in the Profile section of Giant Eagle app as seen by a typical user (last accessed on March 25, 2022).



Source:  Barcode associated with Advantage Card in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022) (annotated).

| [1.6] the method additionally comprising redeeming said coupon by: | Defendant performs the step of redeeming said coupon. |
| --- | --- |
| | For example, the eCoupon is redeemed at the Defendant's store by scanning the Giant Eagle Advantage Card's barcode at the point of sale. |

### *What are the benefits of having a Giant Eagle Advantage Card?*

With the Giant Eagle Advantage Card you can:

- Earn perks! Just scan your card at the register and earn perks with every purchase you make.*

  Redeem coupon at point of sale

- Redeem your perks for savings on gas, groceries or free food and drinks at GetGo. You choose how you want to save!

- Sign up to get emails and we'll send you exclusive deals, weekly sales and more!

- Load special offers and eCoupons from the Giant Eagle app or website right to your Advantage Card for even more saving when you check out.

- Save on events, family fun, museums and more with our community savings rewards.

- Link your Advantage Card to your checking account to pay and save on fuel at GetGo with Advantage Pay!

Source: https://account.gianteagle.com/faqs (last accessed on March 25, 2022) (annotated).



Source:  Barcode associated with Advantage Card in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022) (annotated).



Source: https://www.gianteagle.com/about-us/mobile-apps/wallet (last accessed on March 25, 2022) (annotated).

| [1.7] storing said transformed information in a form that is suitable for display on a display screen | Defendant performs the step of storing said transformed information in a form that is suitable for display on a display screen of a said mobile communication device in a manner that can be read by an optical reader. |
|---|---|
| | For example, the barcode is stored in the mobile device's memory, at least temporarily, for the barcode to be displayed in the Giant Eagle mobile application. For a person having ordinary skills in the art, it is obvious that the content in the mobile application is first stored in the memory and then displayed on the display screen. The barcode is scanned by a barcode reader ("an optical reader") and eligible eCoupons and/or offers are applied to the transaction. |

| of a said mobile communication device in a manner that can be read by an optical reader; and | ## How Your New <u>Wallet</u> Works<br><br>An easier way to keep track of your gift cards, clipped eCoupons, plus access your Advantage Card!<br><br>Storing transformed information<br><br><br><br>### Get Started<br><br>Make sure you've updated the app to the latest version, then open the wallet by tapping the wallet button on the home screen.<br><br>Source: https://www.gianteagle.com/about-us/mobile-apps/wallet (last accessed on March 25, 2022) (annotated). |



Source: https://www.gianteagle.com/about-us/mobile-apps/wallet (last accessed on March 25, 2022) (annotated).



Source: "My Advantage Card" in the Profile section of Giant Eagle app as seen by a typical user (last accessed on March 25, 2022).



Source:  Barcode associated with Advantage Card in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022) (annotated).



Optical barcode reader

Display screen comprising a transformed information

## Spend

Scan the barcode from your phone at your favorite retailers to use any gift card like cash. Or, easily copy and paste the card number to shop online.

Source: https://www.gianteagle.com/about-us/mobile-apps/wallet (last accessed on March 25, 2022) (annotated).

| [1.8] activating said mobile communication device to display said information on said display screen, for said | Defendant performs the step of activating said mobile communication device to display said information on said display screen, for said information to be readable by an optical reader at a point of sale. <br><br> For example, the eCoupon stored in the mobile application is redeemed at the point of sale. The Giant Eagle Advantage Card's barcode is scanned by a barcode reader ("an optical reader") and eligible eCoupons and/or offers are applied automatically to the user's transaction. |
| --- | --- |

| information to be readable by an optical reader at a point of sale. |  |
|---|---|
| | Source:  Barcode associated with Advantage Card in the Giant Eagle app as seen by a typical user (last accessed on March 25, 2022) (annotated). |



Source: https://www.gianteagle.com/about-us/mobile-apps/wallet (last accessed on March 25, 2022) (annotated).